necessary under the pleadings. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

E. Bernard Dubourcq, Appellant, v. Dirk W. Brouwer, Doing Business as Brouwer Associates, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ. [Orders denied motions to dismiss second counterclaim in answer.]

E. Bernard Dubourcq, Appellant, v. Dirk W. Brouwer, Doing Business as Brouwer Associates, Respondent.— Order unanimously modified so as to grant the motion to strike out items 5, 6b, 14a, 14b and 19, in addition to those stricken by the order appealed from, and so as to deny defendant's cross motion. These items are neither necessary nor appropriate. As so modified the order is affirmed. Settle order on notice. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.

In the Matter of Louis Saritsky, an Attorney.— Application for reinstatement granted. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

## (October 15, 1953.)

Thomas J. Bata et al., Respondents, v. Jan A. Bata, Appellant. (Appeal No. 1.)

*Per Curiam.* The basis of the motion to punish for civil contempt was the submission of an alleged false affidavit said to be a "deceit or abuse of a mandate or proceeding of the court" (Judiciary Law, § 753, subd. A, par. 2). The motion on which the affidavit was submitted was withdrawn before any action was taken by the court thereon. The Special Term ordered a reference to ascertain the facts with respect to the transaction upon which the affidavit was submitted. Because we deem it doubtful whether under the circumstances the rights or remedies of plaintiff could be properly held to have been defeated, impeded or prejudiced (Judiciary Law, § 753, subd. A), we reverse the order appealed from and deny the motion.

Dore, J. P., Callahan, Breitel and Bastow, JJ., concur.

Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied.